COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

RECEIVED
FEB 22 2006
AT 8:30
WILLIAM T. WALSH, CLERK

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re ACCREDO HEALTH, INC. SECURITIES LITIGATION )<br>)<br>) | No. 06-0390(WJM)<br><u>CLASS ACTION</u> |
| This Document Relates To:<br><br>   ALL ACTIONS. )<br>)<br>)<br>)<br>) | ORDER RE: PLAINTIFFS' MOTION TO COMPEL MEDCO HEALTH SOLUTIONS, INC. TO PRODUCE DOCUMENTS RESPONSIVE TO A SUBPOENA |

The motion of plaintiffs to compel Medco Health Solutions, Inc. ("Medco") to produce documents came on for hearing on ~~22d~~ *22d of Feb*. After full consideration of the ~~parties' respective papers~~ *Moving papers and there being no opposition* and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiffs' request that Medco be compelled to produce documents responsive to Request Nos. 3, 6-9, 13 and 14 within 10 days is GRANTED;

2. Plaintiffs' request that Medco be compelled to produce documents concerning the SPS division responsive to Request Nos. 1, 2, 4 and 5 within 10 days is GRANTED; and

3. Plaintiffs' request that Medco be compelled to produce the documents set forth in Parts (1) and (2) of this Order pursuant to the protective order currently in place in *In re Accredo Health, Inc., Sec. Litig.*, Case No. 03-CV-2216-BP (W.D. Tenn.), is GRANTED.

DATED:

s/Ronald J. Hedges
_____
~~UNITED STATES DISTRICT~~ JUDGE
~~DISTRICT OF NEW JERSEY~~
*USMJ, Ronald J. Hedges*

S:\CasesSD\Accredo Health\ORD00027485.doc

- 1 -